UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE RAY ABRAMS,<br><br>     Plaintiff,<br><br> v.<br><br>JEFFREY SCHAEFER,<br><br>     Defendants. | Case No. 3:22-cv-5990-DGE-TLF<br><br>ORDER DIRECTING DEFENDANT BARKER TO FILE RAND NOTICE |

This matter comes before the Court on Defendant Allyson Barker's motion to dismiss (Dkt. 27). The Court directs defendant Barker to file a *Rand* notice regarding her motion to dismiss (and the Court requests the Clerk to re-note the motion).

*Rand* Notice

When she filed her motion to dismiss, defendant Barker did not file a notice of dispositive motion informing plaintiff of the consequences if the motion were granted. Such notice is required by the Ninth Circuit. *See Woods v. Carey*, 684 F.3d 934, 935 (9th Cir. 2012). *See also* Dkt. 17 at 4 (directing defendants to file *Rand* notices concurrently with motions to dismiss). The Ninth Circuit has cautioned that failure to provide such a notice is not typically harmless. *Rand v. Rowland*, 154 F.3d 952, 961–62 (9th Cir. 1998).

 To ensure that plaintiff has the opportunity to respond to defendant Barker's motion to dismiss, defendant Barker is directed to file a *Rand* notice on or before **June**

ORDER DIRECTING DEFENDANT BARKER TO FILE
RAND NOTICE - 1

**15, 2023**. The Clerk is directed to re-note the motion to dismiss (Dkt. 27) for **July 7, 2023** and, pursuant to the Court's local rules, plaintiff may file a response to the motion on or before **July 3, 2023**. *See* LCR 7(d)(3).

Dated this 12th day of June, 2023.

Theresa L. Fricke
United States Magistrate Judge