UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE RAY ABRAMS,<br><br>                Plaintiff,<br>   v.<br><br>JEFFREY SHAFFER et al.,<br><br>                Defendants. | CASE NO. 3:22-cv-05990-DGE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    1) The Court ADOPTS the Report and Recommendation (Dkt. No. 31);

    2) Defendant Jeffrey Schaefer's motion to dismiss (Dkt. 9) is GRANTED; and

    3) Plaintiff's claim against Defendant Schaefer is hereby DISMISSED without prejudice.

1 | Dated this 10th day of July, 2023.

_____
David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2